JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EUFEMIO ROQUE, | Case No. CV 16-02571-DSF (DTB) |
| Petitioner, | |
| vs. | **JUDGMENT** |
| KELLY SANTORO, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: 10/24/16

DALE S. FISCHER
UNITED STATES DISTRICT JUDGE